UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TODD ROBBEN, | ) | 3:13-CV-0438-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 11, 2014 |
| | ) | |
| CARSON CITY, NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion to screen plaintiff's complaint (#21).  Plaintiff opposed the motion (#26), and defendants replied (#27).

Plaintiff originated this action by filing a motion for leave to proceed *in forma pauperis* (#0).  Shortly thereafter, plaintiff paid the full filing fee of $400 thereby rendering his motion for *in forma pauperis* moot (#s 3 & 11).  Defendants filed an answer (#7), and a discovery plan and scheduling order was issued (#15).  Defendants now seek to have plaintiff's complaint screened pursuant to 28 U.S.C. § 1915A.

Plaintiff was not incarcerated at the time of filing this action and paid the full filing fee.  This action proceeded in the normal course until plaintiff's recent incarceration.  Therefore, the court declines to screen plaintiff's complaint at this stage of the proceeding.  Defendants may file a dispositive motion at any stage of the litigation.

Defendants' motion to screen plaintiff's complaint (#21) is **DENIED**.

Plaintiff's motion to stay proceedings (#23) is **DENIED**. Plaintiff may proceed with his case while incarcerated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

BY: \_\_\_\_\_/s/_____
        Deputy Clerk