UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD ROBBEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING et al; DAS CHIEF RORY PLANETA in his individual and official capacities, DAS ASSISTANT CHIEF KATE SUMMERS in her individual and official capacities, DAS OFFICER MARTIN HALE in his individual and official capacities, DAS DOES 1-10 in their individual and official capacities, CARSON CITY JUDGE JOHN TATRO in his individual and official capacities, CARSON CITY OFFICIAL DISTRICT ATTORNEY NEIL ROMBARDO in his individual and official capacities, CARSON CITY DEPUTY DISTRICT ATTORNEY TRAVIS LUCIA in his individual and official capacities, CARSON CITY JAILHOUSE DOCTOR JOSEPH E. MCELLISTREM PHD in his individual and official capacities,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00438-RFB-VPC<br><br>**ORDER** |

　　　　Pending before the Court is *Pro Se* Plaintiff Todd Robben's Emergency Ex Parte Motion to Waive PACER Costs and Fees (ECF No. 95). The Court finds that Plaintiff has shown good cause to be permitted to register for electronic filing on CM/ECF for this case only, pursuant to Special Order 109. Therefore, this motion is GRANTED with the following provisions:

**(1)** On or before February 24, 2016, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on this Court's website; and

**(2)** Plaintiff is not authorized to file electronically unless and until the certification is filed with the Court within the time frame specified. Once he does so, Plaintiff may register as a CM/ECF filing user on the Court's website.

The Court also notes that Plaintiff has requested electronic access to other cases: 3:15-cv-00529 and 3:15-cv-530.  Plaintiff is instructed that this Order granting him permission to file on CM/ECF is applicable only to this case. If he wishes to obtain permission on his other cases, he must file a motion in those cases.

DATED: February 11, 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE