UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TODD ROBBEN, | Case No. 3:13-cv-00438-RFB-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING et al; DAS CHIEF RORY PLANETA in his individual and official capacities, DAS ASSISTANT CHIEFKATE SUMMERS in her individual and official capacities, DAS OFFICER MARTIN HALE in his individual and official capacities, DAS DOES 1-10 in their individual and official capacities, CARSON CITY JUDGE JOHN TATRO in his individual and official capacities, CARSON CITY OFFICIAL DISTRICT ATTORNEY NEIL ROMBARDO in his individual and official capacities, CARSON CITY DEPUTY DISTRICT ATTORNEY TRAVIS LUCIA in his individual and official capacities, CARSON CITY JAILHOUSE DOCTOR JOSEPH E. MCELLISTREM PHD in his individual and official capacities, | |
| Defendants. | |

On February 11, 2016, this Court granted Plaintiff Todd Robben's Emergency *Ex Parte* Motion to Waive PACER Costs and Fees with the following provisions:

(1) On or before February 24, 2016, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Filing Procedures,

        Best Practices and the Civil Events Menu that are accessible on this Court's website; and:

(2) Plaintiff is not authorized to file electronically unless and until the certification is filed with the Court within the time frame specified.

Plaintiff has complied and has provided the following certification to the Court:

> I have reviewed the website at https://www.pacer.gov/cmecf/dc/index.html and taken the training modules for Orientation and Civil files. I also reviewed this court's PACER website: http://www.nvd.uscourts.gov/CMECFMain.aspx.
> By submitting this form, I hereby agree to abide by all District of Nevada rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the CM/ECF User's Manual and Criminal Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, address, phone number, etc. Defendant is authorized to contact Robert Johnson at CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Plaintiff is therefore authorized to file electronically in the case 3:13-cv-00438-RFB-VPC, and may contact Robert Johnson at CM/ECF Help Desk at (702) 464-5555 in order to obtain access to his CM/ECF account.

DATED: February 17, 2016.

**RICHARD F. BOULWARE, II**
**United States District Judge**