Brian M. Brown, Esq. - State Bar No. 5233
THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
CARSON CITY, ET AL

```
              FILED           RECEIVED
              ENTERED         SERVED ON
                 COUNSEL/PARTIES OF RECORD

                 MAR 2 0 2018

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TODD ROBBEN,

        Plaintiff,

vs.

CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING et al; DAS CHIEF RORY PLANETA in his individual and official capacities, DAS ASSISTANT CHIEF KATE SUMMERS in her individual and official capacities, DAS OFFICER MARTIN HALE in his individual and official capacities, DAS DOES 1-10 in their individual and official capacities, CARSON CITY JUDGE JOHN TATRO in his individual and official capacities, CARSON CITY OFFICIAL DISTRICT ATTORNEY NEIL ROMBARDO in his individual and official capacities, CARSON CITY DEPUTY DISTRICT ATTORNEY TRAVIS LUCIA in his individual and official capacities, CARSON CITY JAILHOUSE DOCTOR JOSEPH E. MCELLISTREM PHD in his individual and official capacities.

        Defendants.

CASE NO. 3:13-cv-00438-RFB-VPC

ORDER

**MOTION FOR DISASSOCIATION OF COUNSEL**

  COME NOW, Defendants, CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING, RORY PLANETA, KATE SUMMERS, MARTIN HALE, JOHN TATRO, NEIL ROMBARDO, TRAVIS LUCIA, and JOSEPH MCELLISTREM, by and

- 1 -

through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby move that, as Adam L. Woodrum, Esq., is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger, he be disassociated as counsel for the Defendants, CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING, RORY PLANETA, KATE SUMMERS, MARTIN HALE, JOHN TATRO, NEIL ROMBARDO, TRAVIS LUCIA, and JOSEPH MCELLISTREM.  Brian M. Brown, Esq. of the firm Thorndal Armstrong Delk Balkenbush & Eisinger continues to represent the Defendants in this action.

Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of ADAM L. WOODRUM from the list of attorneys associated with this case, as well as future pleadings.

DATED this 15TH day of March, 2018.

>THORNDAL ARMSTRONG
>DELK BALKENBUSH & EISINGER
>
>By: / s / *Brian M. Brown*
>    Brian M. Brown, Esq.
>    State Bar No. 5233
>    Attorneys for Defendants
>    CARSON CITY, ET AL

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 20, 2018

-2-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **MOTION FOR DISASSOCIATION OF COUNSEL** to be served on all parties to this action by placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, fully addressed as follows:

> **TODD ROBBEN, #5073288**
> **c/o CDCR, #BE69078**
> **PO Box 20**
> **Tracy, CA 95378**
> *Pro Per Plaintiff*

DATED this 15th day of March, 2018.

/ s / *Sam Baker*
An employee of THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER